**Dismissed and Memorandum Opinion filed November 17, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00576-CV

**STEVEN HOTZE, M.D.; MATT BRICE; NORMAN ADAMS; AND AL HARTMAN, Appellants**

**V.**

**LINA HIDALGO, IN HER OFFICIAL CAPACITY AS HARRIS COUNTY JUDGE; LAURIE L. CHRISTENSEN, IN HER OFFICIAL CAPACITY AS HARRIS COUNTY FIRE MARSHAL; AND THE STATE OF TEXAS, Appellees**

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-38804**

## MEMORANDUM OPINION

This appeal is from a judgment signed July 27, 2020. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellants did not make arrangements to pay for the record.

On September 28, 2020, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellants paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed. On October 20, 2020, appellants were ordered to provide this court with proof of payment for the record on or before November 4, 2020. *See* Tex. R. App. P. 35.3(c). In the order, the court notified appellants that failure to comply with the court's order would result in dismissal of the appeal. *See* Tex. R. App. P. 37.3(b).

Appellants have not provided this court with proof of payment for the record. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Bourliot, Zimmerer, and Spain.